DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    Fax: (415) 436-7234
    Casey.Boome@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR VANEGAS, <br><br> Defendant. | CASE NO. CR 19-604-RS-3 <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

    The parties hereby stipulate and agree as follows:

    The Court accepted the defendant's guilty plea in the above-captioned criminal matter on February 11, 2020, and set the case for sentencing on May 19, 2020. That sentencing date was later continued to July 7, 2020 due to the court restrictions resulting from the COVID-19 pandemic. The parties hereby move this Court for an order continuing the sentencing hearing until Tuesday, August 11, 2020 at 2:30 p.m. In preparing its Presentence Investigation Report, the United States Probation Office will conduct an interview of the defendant, who is out of custody on bond. Undersigned defense counsel requests that this interview be conducted in person, rather than via phone or video conference, so that the defendant can be more effectively assisted by a Spanish interpreter. Due to the COVID-19

STIPULATION AND ORDER

1

global pandemic, local shelter in place orders, and restrictions on the Probation Office's ability to conduct in-person interviews, the defendant and the Probation Office require additional time to conduct defendant's interview.  For the foregoing reasons, the parties request that the court vacate the sentencing hearing currently set for July 7, 2020 and reset the matter for sentencing on August 11, 2020 at 2:30 p.m.

IT IS SO STIPULATED.

DAVID L. ANDERSON
United States Attorney

Dated: May 29, 2020

_____/s/_____
CASEY BOOME
Assistant United States Attorney

Dated: May 29, 2020

_____/s/ with permission_____
JAMES P. VAUGHNS
Attorney for Defendant

## ORDER

For the reasons set forth in the stipulation of the parties, the Court HEREBY ORDERS that the sentencing hearing in the above-captioned matter currently set for July 7, 2020 shall be vacated and reset for August 11, 2020 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May 29, 2020

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER